# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| **Daniel Wayne Burnette,** | JUDGMENT IN CASE |
| Petitioner, | 5:19-cv-00023-MR |
| vs. | |
| **Erik A. Hooks,** | |
| Respondent, | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 6, 2020 Order.

July 6, 2020

Frank G. Johns, Clerk
United States District Court